United States District Court
Southern District of Texas
**ENTERED**
September 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION  NO. H-16-268 |
| | § | |
| ENRIQUE GARCIA-PALOMAR | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 18). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 15, 2016 |
| Responses are to be filed by: | December 28, 2016 |
| Pretrial conference is reset to**:** | **January 3, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 9, 2017  at 9:00 a.m.** |

SIGNED on September 30, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge