United States District Court
Southern District of Texas
**ENTERED**
December 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-16-268 |
| | § | |
| ENRIQUE GARCIA-PALOMAR | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 27). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Reply to the response is to be filed by: | December 28, 2016 |
| Pretrial conference is reset to**:** | **February 13, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 21, 2017 at 9:00 a.m.** |

SIGNED on December 12, 2016, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge