United States District Court
Southern District of Texas
**ENTERED**
February 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL ACTION  NO. H-16-268 |
| ENRIQUE GARCIA-PALOMAR | § | |

## ORDER OF DISMISSAL

The court heard oral argument from counsel on the pending motion to dismiss the indictment on January 25, 2017.  Based on those arguments and on the motions, briefs, submissions, and applicable law, for the reasons stated on the record, the motion to dismiss the indictment filed by the defendant, Enrique Garcia-Palomar, is granted. (Docket Entry No. 20).  The indictment is dismissed with prejudice.

SIGNED on February 2, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge